Case 2:25-cv-00128   Document 1-2   Filed on 05/19/25 in TXSD   Page 1 of 9

Filed 5/1/2025 2:54 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Patricia Martinez, Deputy

## AFFIDAVIT OF SERVICE

State of Texas   County of Jim Wells   79th Judicial District Court

Case Number: 24-09-64164-CV

Plaintiff:
**FULFILLSOURCE, LLC**
**D/B/A CREWBACK**

vs.

Defendants:
**TRAVELERS CASUALTY and**
**SURETY COMPANY OF**
**AMERICA, et al.**

Received these papers on the 29th day of April, 2025 at 9:10 am to be served on **TRAVELERS CASUALTY by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Barbara Stinnett, being duly sworn, depose and say that on the **29th day of April, 2025** at **12:19 pm, I:**

hand-delivered a true copy of this **Citation and Plaintiff's Original Petition**, to **TRAVELERS CASUALTY by delivering to its Registered Agent, CORPORATION SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 29th day of April, 2025 by the affiant who is personally known to me.

**Barbara Stinnett**
PSC #24711, Exp. 6/30/2026

NOTARY PUBLIC

HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

Our Job Serial Number: THP-2025002926
Ref: 1180502

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



EXHIBIT B

Copy from re:SearchTX

ORIGINAL

## CITATION – Personal Service

**THE STATE OF TEXAS**  **COUNTY OF JIM WELLS**

CAUSE NO. 24-09-64164-CV

TO: Travelers Casualty may be cited by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite #620, Austin, Texas 78701-3218

(or wherever he/she may be found) Notice to DEFENDANT/RESPONDENT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

| Court: | 79TH Judicial District Court, Alice, Jim Wells, Texas |
|---|---|
| Cause No.: | 24-09-64164-CV |
| Date of Filing: | SEPT. 13, 2024 |
| Document: | PLAINTIFFS' ORIGINAL PETITION |
| Parties in Suit: | FULFILLSOURCE, LLC D/B/A CREWBACK <br><br> VS. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ANDERSON COLUMBIA CO., INC. |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | BRENDA NEUWRIT, 500 NORTH AKARD, STE. 2700, DALLAS, TEXAS 75201 |

Issued under my hand and seal of this said court on this the 16 day of SEPT, 2024.

R. David Guerrero, District Clerk
Jim Wells County, Texas

BY: _Sandra Garcia_, Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding DEFENDANT _____ being _____

[ ] Information received as to the whereabouts of DEFENDANT _____ being _____

| Service Fee: $ | Sheriff/Constable |
|---|---|
|  | County, Texas |
| Service ID No. | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___.

_____ Notary Public

RETURN / AFFIDAVIT  PROOF / ATTACHED

** Service by Rule 106 TRC if directed by attached Court Order

Copy from re:SearchTX

**EXHIBIT B**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Loretta Forbey on behalf of Richard Wallace
Bar No. 24008224
loretta.forbey@solidcounsel.com
Envelope ID: 100319461
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Anderson Columbia - served
Status as of 5/2/2025 9:55 AM CST

Associated Case Party: Fulfillsource, LLC d/b/a Crewback

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Brenda Neuwirt | | brenda.neuwirt@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |
| Richard Wallace | | richard.wallace@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |

**EXHIBIT B**

Copy from re:SearchTX

Case 2:25-cv-00128   Document 1-2   Filed on 05/19/25 in TXSD   Page 4 of 9

Filed 5/1/2025 2:54 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Patricia Martinez, Deputy

CAUSE NO. <u>24-09-64164-CV</u>

| | | |
|---|---|---|
| FULFILLSOURCE, LLC D/B/A CREWBACK, | § § § | IN THE DISTRICT COURT |
| Plaintiff(s), vs. | § § § | 79TH JUDICIAL DISTRICT |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al., | § § § | |
| Defendant(s). | § | JIM WELLS COUNTY, TEXAS |

<u>RETURN OF SERVICE</u>

Came to my hand on **Monday, April 28, 2025 at 5:22 PM**,
Executed at: **1601 ELM STREET, SUITE 4360, DALLAS, TX 75201**
at **2:22 PM**, on **Tuesday, April 29, 2025**, by delivering to the within named:

**ANDERSON COLUMBIA**

by delivering to its **Registered Agent, COGENCY GLOBAL, INC.**
by delivering to its **Authorized Employee, KATIE NICHOLSON**
a true copy of this

**CITATION and PLAINTIFF'S ORIGINAL PETITION**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Tracy Edwards, I am at least 18 years old, and my business address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Tuesday, April 29, 2025

By: _/s/ Tracy Edwards_

Tracy Edwards - PSC 1872 - Exp 03/31/26
served@specialdelivery.com

**EXHIBIT B**

Copy from re:SearchTX

**CITATION – Personal Service**

ORIGINAL

THE STATE OF TEXAS                                     COUNTY OF JIM WELLS

CAUSE NO. 24-09-64164-CV

TO: Anderson Columbia may be cited by serving its registered agent, Cogency Global, Inc., at 1601 Elm Street, Suite 4360, Dallas, Texas 75201

(or wherever he/she may be found) Notice to DEFENDANT/RESPONDENT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

| Court: | 79TH Judicial District Court, Alice, Jim Wells, Texas |
|---|---|
| Cause No.: | 24-09-64164-CV |
| Date of Filing: | SEPT. 13, 2024 |
| Document: | PLAINTIFFS' ORIGINAL PETITION |
| Parties in Suit: | FULFILLSOURCE, LLC D/B/A CREWBACK<br><br>VS.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ANDERSON COLUMBIA CO., INC. |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | BRENDA NEUWRIT, 500 NORTH AKARD, STE. 2700, DALLAS, TEXAS 75201 |

Issued under my hand and seal of this said court on this the 16 day of SEPT, 20 24.

R. David Guerrero, District Clerk
Jim Wells County, Texas
BY: _Sandra Garcia_, Deputy

**Service Return**

Came to hand on the _____ day of _____, 20___, at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding DEFENDANT being _____

[ ] Information received as to the whereabouts of DEFENDANT being _____

| Service Fee: $ | Sheriff/Constable |
|---|---|
|  | County, Texas |
| Service ID No. | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20__.

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order


RETURN / AFFIDAVIT
PROOF / ATTACHED

**EXHIBIT B**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Loretta Forbey on behalf of Richard Wallace
Bar No. 24008224
loretta.forbey@solidcounsel.com
Envelope ID: 100319461
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Anderson Columbia - served
Status as of 5/2/2025 9:55 AM CST

Associated Case Party: Fulfillsource, LLC d/b/a Crewback

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Wallace | | richard.wallace@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |
| Brenda Neuwirt | | brenda.neuwirt@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |

**EXHIBIT B**

Copy from re:SearchTX

Case 2:25-cv-00128   Document 1-2   Filed on 05/19/25 in TXSD   Page 7 of 9

Filed 5/1/2025 2:54 PM
R. David Guerrero
District Clerk
Jim Wells County, Texas
Patricia Martinez, Deputy

## AFFIDAVIT OF SERVICE

State of Texas     County of Jim Wells     79th Judicial District Court

Case Number: 24-09-64164-CV

Plaintiff:
**FULFILLSOURCE, LLC**
**D/B/A CREWBACK**

vs.

Defendants:
**TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA, et al.**

Received these papers on the 29th day of April, 2025 at 9:10 am to be served on **BERKSHIRE HATHAWAY by delivering to its Registered Agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Barbara Stinnett, being duly sworn, depose and say that on the **29th day of April, 2025** at **12:19 pm**, I:

hand-delivered a true copy of this **Citation and Plaintiff's Original Petition**, to **BERKSHIRE HATHAWAY by delivering to its Registered Agent, CORPORATION SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 29th day of April, 2025 by the affiant who is personally known to me.

Barbara Stinnett
PSC #24711, Exp. 6/30/2026

NOTARY PUBLIC



HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

Our Job Serial Number: THP-2025002922
Ref: 1180481 / 502

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

**EXHIBIT B**

Copy from re:SearchTX

ORIGINAL

## CITATION – Personal Service

THE STATE OF TEXAS                                    COUNTY OF JIM WELLS

CAUSE NO. 24-09-64164-CV

TO: Berkshire Hathaway may be cited by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite #620, Austin, Texas 78701-3218

(or wherever he/she may be found) Notice to DEFENDANT/RESPONDENT : You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M.on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org

| Court: | 79TH Judicial District Court, Alice, Jim Wells, Texas |
|---|---|
| Cause No.: | 24-09-64164-CV |
| Date of Filing: | SEPT. 13, 2024 |
| Document: | PLAINTIFFS' ORIGINAL PETITION |
| Parties in Suit: | FULFILLSOURCE, LLC D/B/A CREWBACK<br><br>VS.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY AND ANDERSON COLUMBIA CO., INC. |
| Clerk: | R. David Guerrero, District Clerk, 200 N. Almond St., Ste. 207/P.O. Drawer 2219 Alice, TX 78333 |
| Party or Party's Attorney: | BRENDA NEUWRIT, 500 NORTH AKARD, STE. 2700, DALLAS, TEXAS 75201 |

Issued under my hand and seal of this said court on this the 16 day of SEPT, 20 24.

R. David Guerrero, District Clerk
Jim Wells County, Texas
BY: _____ , Deputy
Sandra Garcia

### Service Return

Came to hand on the _____ day of _____, 20___, at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding DEFENDANT    being _____

[ ] Information received as to the whereabouts of DEFENDANT    being _____

| Service Fee: $ | Sheriff/Constable |
|---|---|
|  | County, Texas |
| Service ID No. | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Jim Wells County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___.

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order

RETURN / AFFIDAVIT
PROOF / ATTACHED

**EXHIBIT B**

Copy from re:SearchTX

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Loretta Forbey on behalf of Richard Wallace
Bar No. 24008224
loretta.forbey@solidcounsel.com
Envelope ID: 100319461
Filing Code Description: No Fee Documents
Filing Description: Affidavit of Service - Anderson Columbia - served
Status as of 5/2/2025 9:55 AM CST

Associated Case Party: Fulfillsource, LLC d/b/a Crewback

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brenda Neuwirt | | brenda.neuwirt@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |
| Richard Wallace | | richard.wallace@solidcounsel.com | 5/1/2025 2:54:35 PM | SENT |

**EXHIBIT B**

Copy from re:SearchTX